DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SOPHIA MONAE SHEPHERD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2280

[May 16, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert B. Meadows, Judge; L.T. Case No. 312018CF000330B.

Thomas J. Butler, Esq. of Thomas Butler, P.A. Miami, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***